IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LARRY JEROME SHOOTS,** | ) | |
| **# 03749-003** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 14-00162-CG-B |
| | ) | CIVIL ACTION NO. 19-193-CG-B |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 27, 2022 (Doc. 65) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner Larry Jerome Shoots' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 42) is **DISMISSED with prejudice,** and that Petitioner Shoots is not entitled to the issuance of a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 14th day of April, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE